# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RITA R. CASTLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case. No. 14-CV-402-TCK-FHM |
| | ) |
| SAINT FRANCIS HEALTH SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties' Joint Motion to Remand (Doc. 27) is GRANTED, and Plaintiff's remaining claims are hereby remanded to the District Court of Tulsa County, Oklahoma.

**SO ORDERED this 2nd day of July, 2015.**

_____
TERENCE C. KERN
UNITED STATES DISTRICT JUDGE